AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

J&B WEST ENTERPRISES LLC,

           Plaintiff,

v.                                                  Civil Action No.  3:20-cv-00015

AMERICAN INTERSTATE INSURANCE COMPANY.
also known as
American Interstate Insurance Co.,

           Defendants

AMERICAN INTERSTATE NSURANCE COMPANY.

           Counter Claimant,

v.

J&B WEST ENTERPRISES LLC,

           Counter Defendant,

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

  ___ the plaintiff _____
recover  from the defendant_____the amount of
dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment
interest at the rate of_____% along with costs.

  ___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff_____.

  _X_  Other: Judgment ENTERED in favor of Defendant American Interstate Insurance Company also known as American Interstate Insurance Co., and against Plaintiff J&B West Enterprises LLC.

This action was (*check one*):

___ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

___ tried by Judge_____without a jury and the above decision was reached.

_X_ decided by Magistrate Judge Michael G. Gotsch, Sr. on a Motion for Summary Judgment by Defendant.

DATE:  February 8, 2021                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                      By: s/ L. Higgins-Conrad
                                                          *Signature of Deputy Clerk*